

Mark R. Natale
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

May 10, 2021

**Via ECF**
The Honorable Eduardo C. Robreno
U.S. District Court - Eastern District of PA
15614 U.S. Courthouse
Philadelphia, PA 19106

      Re:     Solotruk v. Road Scholar Transport
                2:21-cv-00382-ER

Dear Judge Robreno:

    I represent Plaintiff, Pete Solotruk, in the above-referenced matter. I am writing to request a brief extension, until this Friday, May 14, 2021, in which to file Plaintiff's response to Defendant's pending motion to dismiss. I have conferred with defense counsel, John Dempsey, Esquire, and he consents to the request for an extension.

    Thank you for Your Honor's consideration of this matter.

                                      Respectfully,

                                      /s/ Mark R. Natale
                                      Mark R. Natale, Esquire

Cc:     John Dempsey, Esquire (via ECF)

MRN/dd



**Cherry Hill Office**
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
ph 856 424 1808

**Hoboken Office**
221 River Street, 9th Floor
Hoboken, New Jersey 07030
ph 877 567 5293

**Philadelphia Office**
2400 Market Street, No 200
Suite 251
Philadelphia, PA 19103

ph 856 424 1808 | fx 856 424 2032 | fx (gov) 856 486 5966 | MalamutLaw.com