```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Pete Solotruk, | : | CIVIL ACTION |
| | : | NO. 21-382 |
|     Plaintiff | : | |
|  v. | : | |
| | : | |
| Road Scholar Transport, | : | |
| | : | |
|     Defendant | : | |

**ORDER**

**AND NOW**, this **11th** day of **May, 2021**, after considering Plaintiff's request for an extension of time to respond to Defendant's motion to dismiss (ECF No. 9), it is hereby **ORDERED** that said motion is **GRANTED**. Accordingly, Plaintiff shall respond to Defendant's motion to dismiss by **May 14, 2021**.

It is **FURTHER ORDERED** that the IPTC and hearing on Defendant's motion to dismiss scheduled for May 19, 2021, is hereby **RESCHEDULED** to **May 25, 2021, at 10:00 A.M.** The parties shall call in as follows: 571-353-2300; Code: 735 255 714#.

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**