

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

May 14, 2021

<u>Via ECF</u>
The Honorable Eduardo C. Robreno
U.S. District Court - Eastern District of PA
15614 U.S. Courthouse
Philadelphia, PA 19106

      Re:    Solotruk v. Road Scholar Transport
                2:21-cv-00382-ER

Dear Judge Robreno:

      I represent the Plaintiff in the above-referenced matter. Currently before the court is Defendant's Motion to Dismiss.

      In response to Defendant's Motion, Plaintiff filed an Amended Complaint which directly addresses the points made in Defendant's motion. Specifically, Plaintiff names the disability he suffered from, and details how /why he was a qualified individual that could do the job with a reasonable accommodation. For the court's convenience, these additions are found in paragraphs 12 through 18 of the Amended Complaint.

      Plaintiff's position is that while his original Complaint was sufficiently pled, these Amendments address Defendant's specific motion, and clearly defeat it.

                              Respectfully submitted,

                              <u>/s/ Mark R. Natale</u>
                              Mark R. Natale, Esquire

Cc:    John Dempsey, Esquire (via ECF)



**Cherry Hill Office**
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
ph 856 424 1808

**Hoboken Office**
221 River Street, 9th Floor
Hoboken, New Jersey 07030
ph 877 567 5293

**Philadelphia Office**
2400 Market Street, No 200
Suite 251
Philadelphia, PA 19103

ph 856 424 1808 | fx 856 424 2032 | fx (gov) 856 486 5966 | MalamutLaw.com