IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pete Solotruk, | : | CIVIL ACTION |
| | : | NO. 21-382 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Road Scholar Transport, | : | |
| | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this **17th** day of **May, 2021**, given the filing of an Amended Complaint, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 5) is **DENIED**.

It is **FURTHER ORDERED** that the hearing on Defendant's motion to dismiss scheduled for May 25, 2021, is hereby **CANCELED**, and the IPTC scheduled for May 25, 2021, is hereby **POSTPONED** to a date to be determined by the Court.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**