

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

June 11, 2021

**<u>Via ECF</u>**
The Honorable Eduardo C. Robreno
U.S. District Court - Eastern District of PA
15614 U.S. Courthouse
Philadelphia, PA 19106

**Re: Solotruk v. Road Scholar Transport**
**2:21-cv-00382-ER**

Dear Judge Robreno:

I represent Plaintiff, Pete Solotruk, in the above-referenced matter. I am writing to request a brief extension, until Monday, June 14, 2021, in which to file Plaintiff's response to Defendant's pending motion to dismiss. I have conferred with defense counsel, John Dempsey, Esquire, and he consents to the request for an extension.

Thank you for Your Honor's consideration of this matter.

Respectfully,

/s/ Mark R. Natale
Mark R. Natale, Esquire

Cc: John Dempsey, Esquire (via ECF)

MRN/dd

**Cherry Hill Office**
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
ph 856 424 1808

**Hoboken Office**
221 River Street, 9th Floor
Hoboken, New Jersey 07030
ph 877 567 5293

**Philadelphia Office**
2400 Market Street, No 200
Suite 251
Philadelphia, PA 19103

ph 856 424 1808 | fx 856 424 2032 | fx (gov) 856 486 5966 | MalamutLaw.com