IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pete Solotruk, | : | CIVIL ACTION |
| | : | NO. 21-382 |
|     Plaintiff | : | |
|  v. | : | |
| | : | |
| Road Scholar Transport, | : | |
| | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this **14th** day of **June, 2021**, after considering Plaintiff's unopposed request for an extension of time to respond to Defendant's motion to dismiss (ECF No. 16), it is hereby **ORDERED** that said motion is **GRANTED**. Accordingly, Plaintiff shall respond to Defendant's motion to dismiss by **June 14, 2021.**

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**