IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pete Solotruk,                    :      CIVIL ACTION
                                  :      NO. 21-382
            Plaintiff             :
      v.                          :
                                  :
Road Scholar Transport,           :
                                  :
            Defendant             :


**ORDER**

**AND NOW**, this **25th** day of **June, 2021,** given the filing

of a Second Amended Complaint, it is hereby **ORDERED** that

Defendant's Motion to Dismiss (ECF No. 14) is **DENIED.**

**AND IT IS SO ORDERED.**


_Eduardo C. Robreno_
**EDUARDO C. ROBRENO, J.**