```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PETE SOLOTRUK                        :  CIVIL ACTION
                                     :
     V.                              :  NO.: 21-CV-00382
                                     :
ROAD SCHOLAR TRANSPORT               :
```

**O R D E R**

**AND NOW,** on this **30th** day of **June, 2020,** it is hereby **ORDERED** that a hearing to consider Defendant's Motion to Dismiss (ECF#: 21) will be held on **August 4, 2021 at 10:00 a.m. before the Honorable Eduardo C. Robreno in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*