

**Mark R. Natale**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ Bar*

July 12, 2021

**Via ECF**
The Honorable Eduardo C. Robreno
U.S. District Court - Eastern District of PA
15614 U.S. Courthouse
Philadelphia, PA 19106

     **Re:**    Solotruk v. Road Scholar Transport
               2:21-cv-00382-ER

Dear Judge Robreno:

    I represent Plaintiff, Pete Solotruk, in the above-referenced matter. Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. I am writing to request a one-week extension, until Monday, July 19, 2021, in which to file Plaintiff's response. The reason for this request is as follows. I am traveling and out of the office this week. I had planned on submitting Plaintiff's opposition to the motion before I left, but was unable to do so as I had to address an urgent matter that took me away from completing Plaintiff's response.

    I am therefore respectfully requesting a one-week extension in which to file Plaintiff's response. I have asked opposing counsel for consent to this request but have not yet heard back.

    Thank you for Your Honor's consideration of this matter.

                                                          Respectfully,

                                                          /s/ Mark R. Natale
                                                          Mark R. Natale, Esquire

Cc:    John Dempsey, Esquire (via ECF)

MRN/dd

**Cherry Hill Office**
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
ph 856 424 1808

**Hoboken Office**
221 River Street, 9th Floor
Hoboken, New Jersey 07030
ph 877 567 5293

**Philadelphia Office**
2400 Market Street, No 200
Suite 251
Philadelphia, PA 19103

ph 856 424 1808 | fx 856 424 2032 | fx (gov) 856 486 5966 | MalamutLaw.com