IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pete Solotruk, | : | CIVIL ACTION |
| | : | NO. 21-382 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Road Scholar Transport, | : | |
| | : | |
| Defendant | : | |

## **ORDER**

**AND NOW**, this **12th** day of **July, 2021**, after considering Plaintiff's request for an extension of time to respond to Defendant's motion to dismiss (ECF No. 25), it is hereby **ORDERED** that said request (ECF No. 25) is **GRANTED**. Accordingly, Plaintiff shall respond to Defendant's motion to dismiss by **July 19, 2021**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
────────────────────────
**EDUARDO C. ROBRENO, J.**